***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**US Bankruptcy Court**

**District of Minnesota**

RECEIVED
AUG 26 2026
TIME: 12:00 pm
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

Notice of Electronic Filing

The following transaction was received from AVP entered on 03/10/2026 at 11:02 AM CDT and filed on 03/10/2026

**Case Name:** Nathan LuVerne Norby

**Case Number:** 24-41605

**Document Number:**

**Docket Text:**
Minutes re: 102 Motion to Dismiss Case. No appearances. Granted.

The following document(s) are associated with this transaction:

**24-41605 Notice will be electronically mailed to:**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: BKY 24-41605
Chapter 12

Nathan Norby,

Debtors.

---

**ORDER**

---

This case is before the Court on the motion of Trustee Kyle L. Carlson for an order dismissing the case of Nathan Norby, BKY 24-41605,

Based on the motion and record,

IT IS ORDERED THAT:

The debtors' Chapter 12 case is dismissed.

Dated: *March 10, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge

**ANDERSON LARSON**
**ANDERSON LARSON SAUNDERS KLAASSEN DAHLAGER & LEITCH, PLLP**
ATTORNEYS AT LAW

Ronald C. Anderson – (1932-2014)
L. Wayne Larson – Of Counsel
Jon C. Saunders
Sarah L. Klaassen
Kristal R. Dahlager
Griffin R. Leitch

145 Main Street
Post Office Box G
Bird Island, Minnesota 55310
Telephone 320.365.4868

331 Southwest Third Street
331 Professional Plaza
Post Office Box 130
Willmar, Minnesota 56201
Telephone 320.235.4313
Facsimile 320.235.8180
www.willmarlaw.com

Associates
Caitlin R. Baker
Heidi M. Torvik

Dennis Neeser – Of counsel

1209 Pacific Ave. Ste. 3
Benson, Minnesota 56215
Telephone 320.403.4437
Facsimile 320.235.8180

April 15, 2026

**Reply to Willmar**

Swift County Court Administrator
301 14th Street N, Suite 6
Benson, MN 56215-2208

Re: *In Re the Marriage of Nicole Norby and Nathan Norby*
*Court File No. 76-FA-23-206*
*Our Ref.: 23-16711*

Dear Court Administration:

Submitted for filing please find the Proposed Order Granting Authorization for Release of FSA Documents in this matter. Note that this order is being filed at the request of the Receiver.

Yours Very Truly,

ANDERSON LARSON SAUNDERS KLAASSEN DAHLAGER & LEITCH, PLLP

*/s/ Sarah L. Klaassen*

Sarah L. Klaassen
sarah@willmarlaw.com
SLK:ag
Attachment
cc: Mr. Nathan Norby
service contacts

ANDERSON LARSON
ANDERSON LARSON
ATTORNEYS AT LAW
ANDERSON, LARSON, SAUNDERS, KLAASSEN, DAHLAGER & LEITCH PLLP

STATE OF MINNESOTA

IN DISTRICT COURT

COUNTY OF SWIFT

EIGHTH JUDICIAL DISTRICT
Case Type: Dissolution w/o child
Court File No. 76-FA-23-206

In Re the Marriage of:

Nicole Terese Norby,

Petitioner,

and

Nathan LuVerne Norby,

Respondent.

**ORDER GRANTING AUTHORIZATION FOR RELEASE OF FSA DOCUMENTS**

IT IS HEREBY ORDERED:

1. The Court hereby authorizes the duly appointed Receiver, Brandon M. Zumwalt, to request, obtain, and consent to the release of any and all records, documents, and information maintained by the United States Department of Agriculture Farm Service Agency ("FSA") relating to or concerning the real property, farming operations, or financial dealings of Nathan L. Norby.

2. The Receiver is expressly granted full authority to execute any consents, authorizations, or releases required by the FSA or any affiliated agency for the disclosure of such records. Any request or authorization made by the Receiver pursuant to this Order shall be treated by the FSA and any other governmental entity as if it were made directly by Nathan L. Norby.

3. The FSA and any related agency are hereby directed to provide complete and unredacted copies of all responsive records requested by the Receiver. No redactions, withholdings, or limitations on disclosure shall be made on the basis of privacy, confidentiality, or any other restriction, as the Receiver is authorized to stand in the place of Nathan L. Norby for purposes of obtaining such information.

4. This order and the order filed on March 17, 2026, (Exhibit 1) relates to all of the following parcels of real estate:

    Tract 1 PID 18-0049-000= $170,000
    Tract 2 PID 18-0053-000= $1,170,000
    Tract 3 PID 18-0050-000= $340,000
    Tract 4 PID 18-0054-000=$90,000
    Tract 5 PID 18-0079-000=$1,050,000
    Tract 6 PID 18-0087-000=$1,630,000

    Legal descriptions attached as Exhibit 2.

5. All prior orders shall remain in full force and effect except as amended herein.

Dated: ______________________________

______________________________
Judge of District Court

Filed in District Court
State of Minnesota
03/17/2026

STATE OF MINNESOTA | IN DISTRICT COURT

COUNTY OF SWIFT | EIGHTH JUDICIAL DISTRICT
Case Type: Dissolution w/o child
Court File No. 76-FA-23-206

In Re the Marriage of:

Nicole Terese Norby,

Petitioner,

and

Nathan LuVerne Norby,

Respondent.

**SECOND ORDER ON MOTION TO ENFORCE JUDGMENT AND DECREE**

The above-entitled matter came before the undersigned judge on an expedited basis at the Swift County Courthouse on Petitioner's motion to enforce the Judgment and Decree. The Order on Motion to Enforce Judgment and Decree and Order for Judgment dated May 3, 2024 granted Petitioner/Wife the authority to request relief on an expedited basis as necessary to accomplish the timely sale of real estate in coordination with the receiver.

Based upon the contents of the court file, the record, and all proceedings, the Court makes the following:

**ORDER**

IT IS HEREBY ORDERED:

1. Sale of Real Estate/Foreclosing Marital Lien. All real estate awarded to Respondent herein shall be immediately sold as a result of Respondent's default "for a period of thirty (30) days in paying any amount due concerning the real property subject to the Marital lien serves as security." J&D, Conclusion of Law 7-Marital Lien.
   a. Brandon Zumwalt is appointed to serve as Receiver for purposes of marketing and selling the real estate awarded to Respondent/Husband in order to effect the judgment. The Judgment and Decree specifically allows for sale of the real estate, including the homestead and agricultural land ("If Husband defaults and Wife exercises her rights to enforce the Marital Lien, Husband waives any homestead rights, rights of first refusal, or any other rights, all of which may exist under state or federal law, related to the Marital Lien and the real property subject to the Marital Lien" J&D, COL 7).

PETITIONER'S EXHIBIT 1

The subject property shall be sold in a commercially reasonable manner. The Receiver shall have the power to sign all documents necessary to market and sell the property. The Receiver shall have the power to approve the terms of any offer. Any purchase offer meeting or exceeding the appraised fair market value as set forth below shall be approved by the Receiver:

Tract 1 PID 18-0049-000= $170,000
Tract 2 PID 18-0053-000= $1,170,000
Tract 3 PID 18-0050-000= $340,000
Tract 4 PID 18-0054-000=$90,000
Tract 5 PID 18-0079-000=$1,050,000
Tract 6 PID 18-0087-000=$1,630,000

Any purchase offer arising as a result of an auction performed by a licensed auctioneer company (hereinafter called "Sale by Auction", even if lower than the appraisal, shall be accepted by the Receiver. Any purchase offer more than 5% below the appraised fair market value, without an auction, shall require Court approval. The Receiver may petition the Court for an accelerated hearing and for acceptance of the offer, if the Receiver believes approval of the offer is reasonable under the circumstances (price, timing, etc.). No hearing shall be required to approve a Sale by Auction or a sale 10% less than the appraised value or higher. This Receivership shall terminate two (2) years after appointment by the Court, unless extended or terminated by the Court for good cause shown. The Receiver shall provide periodic updates to the parties and Court regarding the progress on sale. The Receiver shall provide the parties upon request with additional updates and information regarding offers, counteroffers, and other relevant information regarding progress on sale. The Receiver shall track his time spent selling the property and shall be paid his/her reasonable hourly rate from the sale proceeds.

b. All proceeds after satisfaction of the bank's interest and all necessary and customary closing costs of the seller and realtor fees, shall be paid to Petitioner/Wife until her property settlement/marital lien is paid in full, plus interest accrued upon the entry of judgment at the statutory interest rate, as well as attorney fees and costs in bringing this motion. The Receiver shall be entitled to collect his/her fees from the sale proceeds after payment of the bank liens and before payment to either party.
c. In the event of further non-compliance by the Respondent/Husband and due to the time sensitive nature of the issue, Petitioner/Wife may request relief on an expedited basis as may be necessary to accomplish the timely sale of real estate in coordination with the Receiver.

2. Attorney fees. Petitioner/Wife is awarded her reasonable attorney's fees, costs, and any other expenses incurred by Wife to foreclose the Marital Lien, which shall become part of the Marital Lien. Wife is specifically awarded her attorney fees since the filing of the Affidavit of Sarah L. Klaassen on 4/30/2024 in the amount

of $42,306.60 to become part of the marital lien. Petitioner/Wife is also permitted to submit the final pending bankruptcy invoice to become part of the marital lien.

3. All prior orders shall remain in full force and effect except as amended herein.

Amy J Doll 2026.03.17 21:26:25 -05'00'

Dated: ______________________

Judge of District Court

**Real Estate Exhibit**

Swift County (PID 18-0054-000)
See attached Exhibit A

Swift County (PID 18-0049-000)
South1/2 of NE1/4 of SE1/4, Section 9, Township 120, Range 40, Swift County, Minnesota

Swift County (PID 18-0050-000)
SE1/4 of SE1/4, Section 9, Township 120, Range 40, Swift County, Minnesota

Swift County (PID 18-0053-000)
S1/2 of SW1/4 and S1/2 of N1/2 of SW1/4, all in Section 10, Township 120N, Range 40W, Swift County, Minnesota

Swift County (PID 18-0079-000)
N1/2 of NW1/4, Section 15, Township 120, Range 40, Swift County, Minnesota

Swift County (PID 18-0087-000)
The East Half of the Northwest Quarter (E1/2 of NW1/4), and the East Half of the Southwest Quarter (E1/2 of SW1/4), Section Sixteen(16), Township One Hundred Twenty (120) North, Range Forty (40) West, Swift County, Minnesota, EXCEPTING: That part of the East Half of the Southwest Quarter (E1/2 of SW1/4) and part of the Southeast Quarter of the Northwest Quarter (SE1/4 of NW1/4) of Section Sixteen (16), Township One Hundred Twenty (120) North, Range Forty (40)West, Swift County, Minnesota, described as follows: Beginning at the southwest corner of said Section 16; thence North 90°00'00" East, assumed bearing along the south line of said Section 16, a distance of 1752.00 feet; thence North 00°31'15" East a distance of 2587.26 feet to the point of beginning of the tract to be described; thence South 87°52'12" West, a distance of 326.00 feet; thence North 00°15'26" East a distance of 520.00 feet; thence South 85°59'43" East a distance of 440.00 feet; thence South 00°25'54" West a distance of 473.00 feet; thence South 87°52'12" West a distance of 112.00 feet to the point of beginning; containing 5.00 acres, more or less, TOGETHER with a 40 foot driveway or access easement lying 20.00 feet on both sides of the following described center line: Beginning at the southwest corner of said Section 16; thence North 90°00'00" East, assumed bearing along the south line of said Section 16, a distance of 1752.00 feet to the point of beginning of the center line to be described; thence North 00°31'15" East a distance of 2587.26 feet to a point on the southerly line of the above described tract and there terminating.

PETITIONER'S EXHIBIT 2

**EXHIBIT "A"**

That part of the Southeast Quarter of Section 10 and that part of the Northeast Quarter of Section 15, all being within Township 120 North, Range 40 West, Swift County, Minnesota, described as follows:

Commencing at the south quarter corner of said Section 10;

thence North 00 degrees 17 minutes 15 seconds West, assumed bearing along the west line of said Southeast Quarter, a distance of 338.68 feet;

thence South 87 degrees 45 minutes 18 seconds East 615.12 feet to the point of beginning of the land to be described;

thence reversing North 87 degrees 45 minutes 18 seconds West 615.12 feet to said west line of the Southeast Quarter;

thence South 00 degrees 17 minutes 15 seconds East, along said west line of the Southeast Quarter, a distance of 338.68 feet to aforesaid south quarter corner of Section 10;

thence South 00 degrees 11 minutes 58 seconds West, along the west line of aforesaid Northeast Quarter, a distance of 60.37 feet;

thence South 83 degrees 33 minutes 20 seconds East 362.30 feet;

thence South 71 degrees 29 minutes 27 seconds East 179.77 feet;

thence South 87 degrees 01 minutes 43 seconds East 589 feet more or less to the centerline of Chippewa River;

thence northwesterly, northerly and northeasterly, along said centerline, 482 feet more or less to a line bearing South 83 degrees 00 minutes 09 seconds East from the point of beginning;

thence North 83 degrees 00 minutes 09 seconds West 522 feet more or less to the point of beginning.

The tract contains 10.90 acres more or less, subject to any easements of record, including an existing public roadway easement over the westerly portion thereof (45th Avenue).

Grantors retain a permanent and perpetual access easement for ingress and egress across the Easterly 90 feet of the above described property.

KRISTI JO
# BLOCK
REAL ESTATE TEAM

FARM | COMMERCIAL | RECREATIONAL | RESIDENTIAL



## 392.2 Deeded Acres
## Swenoda Township
## Swift County

336.52 Tillable Acres
of Productive Farmland

**Auction Date**
Bidding opens at 12:00 PM CST on August 24th, 2026 and will begin to close at 2:00 PM CST August 31st, 2026

eXp REALTY | LAND& RANCH


- **Cole Block | Land Specialist**
- **320-894-4477**
- **Cole@CementTheDeal.com**

KRISTI JO BLOCK REAL ESTATE TEAM
FARM | COMMERCIAL | RECREATIONAL | RESIDENTIAL

**Swift County 392.2 ± Acres**

# Overview

## KEY FEATURES

- 392.2± Total Acres
- 336.52± Tillable Acres
- Section 9, 10, 15 and 16 Swenoda Twp
- Close proximity to the Chippewa River for tiling opportunity
- Excellent Soil Ratings, most ranging 77-88.7 CPI




| Parcel | Description | Deeded | Tillable | CPI |
|---|---|---|---|---|
| 1 | 155 Acre | 155 | 148.15 | 88.7 |
| 3 | W of River | 68.56 | 45.51 | 86.9 |
| 4 | No of bldg site | 107.47 | 90.87 | 77.7 |
| 7 | S of River | 61.17 | 51.99 | 85.7 |







**Auction Date**

Bidding opens at 12:00 PM CST on August 24th, 2026 and will begin to close at 2:00 PM CST August 31st, 2026

**Register to Bid:**

*Scan QR code with your Smart Phone camera*


eXp REALTY | LAND & RANCH
Cole Block | Land Specialist • 320-212-2292 • Cole@CementTheDeal.com

KRISTI JO BLOCK REAL ESTATE TEAM
FARM | COMMERCIAL | RECREATIONAL | RESIDENTIAL

## Swift County 392.2 ± Acres

# Tract 1






## 155± Deeded Acres, 148.15 Tillable Legal

## DESCRIPTION:

SECT-16 TWP - 120 RANG-40 E 1/2 OF NW 1/4 & E1/2 OF SW 1/4 EXC BEG AT SW COR OF SAID SEC 16, THEN N

## PROPERTY TAXES: 2026 - $7980

## WEIGHT CPI - 88.7




©2024 AgriData, Inc

Area Symbol: MN151, Soil Area Version: 22

| Code | Soil Description | Acres | Percent of field | PI Legend | Non-Irr Class *c | Range Production (lbs/acre/yr) | Productivity Index | *n NCCPI Overall | *n NCCPI Corn | *n NCCPI Small Grains | *n NCCPI Soybeans |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J51A | Bearden-Quam, depressional, complex, 0 to 2 percent slopes | 119.27 | 76.9% | | IIs | 0 | 91 | 74 | 61 | 61 | 74 |
| J3A | Arveson sandy loam, 0 to 2 percent slopes | 11.64 | 7.5% | | IIw | 0 | 74 | 51 | 51 | 45 | 50 |
| J52A | Rondell silty clay loam, 1 to 3 percent slopes | 8.82 | 5.7% | | IIs | 0 | 89 | 69 | 56 | 52 | 69 |
| J17A | Quam silty clay loam, occasionally ponded, 0 to 1 percent slopes | 7.65 | 4.9% | | IIIw | 6650 | 88 | 69 | 45 | 68 | 46 |
| J18A | Malachy sandy loam, 1 to 3 percent slopes | 4.52 | 2.9% | | IIs | 0 | 66 | 48 | 48 | 45 | 41 |
| J57A | Balaton-Hamerly complex, 1 to 4 percent slopes | 1.79 | 1.2% | | IIs | 4012 | 89 | 71 | 58 | 57 | 71 |
| J4A | Rockwell loam, 0 to 2 percent slopes | 1.38 | 0.9% | | IIw | 0 | 87 | 64 | 54 | 53 | 64 |
| | | | | Weighted Average | 2.05 | 374.4 | 88.7 | *n 70.9 | *n 58.7 | *n 59.1 | *n 69.5 |

KRISTI JO BLOCK REAL ESTATE TEAM
FARM | COMMERCIAL | RECREATIONAL | RESIDENTIAL

**Swift County 392.2 ± Acres**

# Tract 3




## 68.56± Deeded Acres, 45.51 Tillable

New boundary for Tract 3 has not been recorded, so no formal legal description available along with taxes

## WEIGHTED CPI - 86.9



**W of River 68 Acre**







State: Minnesota
County: Swift
Location: 9-120N-40W
Township: Swenoda
Acres: 45.78
Date: 5/29/2024

Soils data provided by USDA and NRCS.

Area Symbol: MN151, Soil Area Version: 22

| Code | Soil Description | Acres | Percent of field | PI Legend | Non-Irr Class *c | Range Production (lbs/acre/yr) | Productivity Index | *n NCCPI Overall | *n NCCPI Corn | *n NCCPI Small Grains | *n NCCPI Soybeans |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J51A | Bearden-Quam, depressional, complex, 0 to 2 percent slopes | 16.32 | 35.7% | | IIs | 0 | 91 | 74 | 61 | 61 | 74 |
| J52A | Rondell silty clay loam, 1 to 3 percent slopes | 10.30 | 22.5% | | IIs | 0 | 89 | 69 | 56 | 52 | 69 |
| J23A | Lamoure silty clay loam, 0 to 2 percent slopes, occasionally flooded | 8.81 | 19.2% | | IIIw | 5316 | 78 | 76 | 53 | 60 | 75 |
| J38B | Zell-Eckman complex, 2 to 6 percent slopes | 7.53 | 16.4% | | IIIe | 0 | 85 | 56 | 54 | 55 | 52 |
| J17A | Quam silty clay loam, occasionally ponded, 0 to 1 percent slopes | 2.82 | 6.2% | | IIIw | 6650 | 88 | 69 | 45 | 68 | 46 |
| | | | | Weighted Average | 2.42 | 1432.7 | 86.9 | *n 70 | *n 56.2 | *n 58.2 | *n 67.7 |

*n: The aggregation method is "Weighted Average using all components"
*c: Using Capabilities Class Dominant Condition Aggregation Method


eXp REALTY | LAND & RANCH
Cole Block | Land Specialist • 320-212-2292 • Cole@CementTheDeal.com

# Tract 4






## 107.47± Deeded Acres, 90.87 Tillable

New boundary for Tract 4 has not beenrecorded, so no formal legal descriptionavailable along with taxes

## WEIGHTED CPI - 85.7

E of River 107







State: Minnesota
County: Swift
Location: 10-120N-40W
Township: Swenoda
Acres: 91.19
Date: 5/29/2024

Maps Provided By: surety® © AgriData, Inc. 2023 www.AgriDataInc.com

Soils data provided by USDA and NRCS.

Area Symbol: MN151, Soil Area Version: 22

| Code | Soil Description | Acres | Percent of field | PI Legend | Non-Irr Class *c | Range Production (lbs/acre/yr) | Productivity Index | *n NCCPI Overall | *n NCCPI Corn | *n NCCPI Small Grains | *n NCCPI Soybeans |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J51A | Bearden-Quam, depressional, complex, 0 to 2 percent slopes | 28.05 | 30.7% | | IIs | 0 | 91 | 74 | 61 | 61 | 74 |
| J23A | Lamoure silty clay loam, 0 to 2 percent slopes, occasionally flooded | 13.94 | 15.3% | | IIIw | 5316 | 78 | 76 | 53 | 60 | 75 |
| J7A | Sverdrup sandy loam, 0 to 2 percent slopes | 13.73 | 15.1% | | IIIs | 3264 | 52 | 44 | 44 | 43 | 38 |
| J12A | Marysland loam, 0 to 2 percent slopes | 12.09 | 13.3% | | IIw | 6122 | 65 | 51 | 50 | 44 | 48 |
| J57A | Balaton-Hamerly complex, 1 to 4 percent slopes | 8.38 | 9.2% | | IIs | 4012 | 89 | 71 | 58 | 57 | 71 |
| J3A | Arveson sandy loam, 0 to 2 percent slopes | 8.06 | 8.8% | | IIw | 0 | 74 | 51 | 51 | 45 | 50 |
| J35B | Hokans-Buse complex, 2 to 6 percent slopes | 5.03 | 5.5% | | IIe | 3793 | 89 | 66 | 57 | 57 | 65 |
| J4A | Rockwell loam, 0 to 2 percent slopes | 1.61 | 1.8% | | IIw | 0 | 87 | 64 | 54 | 53 | 64 |
| J7B | Sverdrup sandy loam, 2 to 6 percent slopes | 0.30 | 0.3% | | IIIe | 3264 | 49 | 44 | 43 | 43 | 38 |
| | | | | Weighted Average | 2.31 | 2704.4 | 77.7 | *n 63.7 | *n 54.2 | *n 53.7 | *n 62.1 |

*n: The aggregation method is "Weighted Average using all components"
*c: Using Capabilities Class Dominant Condition Aggregation Method

## Swift County 392.2 ± Acres

# Tract 7






### 61.17± Deeded Acres, 51.99 Tillable

New boundary for Tract 7 has not been recorded, so no formal legal description available along with taxes

### WEIGHTED CPI - 85.7

**So of River 61 Soils**







State: Minnesota
County: Swift
Location: 10-120N-40W
Township: Swenoda
Acres: 52.18
Date: 5/29/2024

Maps Provided By: surety ® © AgriData, Inc. 2023 www.AgriDataInc.com

Soils data provided by USDA and NRCS.

Area Symbol: MN151, Soil Area Version: 22

| Code | Soil Description | Acres | Percent of field | PI Legend | Non-Irr Class *c | Range Production (lbs/acre/yr) | Productivity Index | *n NCCPI Overall | *n NCCPI Corn | *n NCCPI Small Grains | *n NCCPI Soybeans |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J23A | Lamoure silty clay loam, 0 to 2 percent slopes, occasionally flooded | 19.77 | 37.9% | | IIIw | 5316 | 78 | 76 | 53 | 60 | 75 |
| J50A | Balaton-Tara complex, 1 to 3 percent slopes | 13.86 | 26.6% | | IIs | 0 | 96 | 74 | 60 | 62 | 74 |
| J52A | Rondell silty clay loam, 1 to 3 percent slopes | 5.63 | 10.8% | | IIs | 0 | 89 | 69 | 56 | 52 | 69 |
| J34B | Byrne-Buse complex, 2 to 6 percent slopes | 4.27 | 8.2% | | IIe | 0 | 90 | 67 | 57 | 60 | 67 |
| J57A | Balaton-Hamerly complex, 1 to 4 percent slopes | 3.65 | 7.0% | | IIs | 4012 | 89 | 71 | 58 | 57 | 71 |
| J47A | Swenoda sandy loam, moderately wet, 1 to 3 percent slopes | 2.41 | 4.6% | | IIs | 0 | 95 | 64 | 62 | 57 | 62 |
| J25A | Rauville silty clay loam, 0 to 2 percent slopes, frequently flooded | 1.06 | 2.0% | | Vw | 6310 | 20 | 46 | 20 | 44 | 19 |
| J35B | Hokans-Buse complex, 2 to 6 percent slopes | 0.89 | 1.7% | | IIe | 3793 | 89 | 66 | 57 | 57 | 65 |
| J51A | Bearden-Quam, depressional, complex, 0 to 2 percent slopes | 0.64 | 1.2% | | IIs | 0 | 91 | 74 | 61 | 61 | 74 |
| | | | | **Weighted Average** | **2.44** | **2487.6** | **85.7** | ***n 72.3** | ***n 55.8** | ***n 59** | ***n 71.2** |

KRISTI JO BLOCK REAL ESTATE TEAM
FARM | COMMERCIAL | RECREATIONAL | RESIDENTIAL

# Swift County 392.2 ± Acres

## FSA Maps






**Auction Date** | Bidding opens at 12:00 PM CST on August 24th, 2026 and will begin to close at 2:00 PM CST August 31st, 2026 | **Register to Bid:** *Scan QR code with your Smart Phone camera*

## TERMS

This sale is being conducted by the Court-Appointed Receiver pursuant to Order of the District Court. The Receiver is acting solely in his Court-appointed fiduciary capacity and not individually. The sale is subject to the terms of the Court's Order appointing the Receiver and any subsequent Orders of the Court. In the event of any conflict between these Terms and Conditions and any Court Order, the Court Order shall control. Receiver's Limited Knowledge; No Representations. The Receiver is acting solely in the Receiver's court-appointed fiduciary capacity and has not occupied, operated, managed, developed, or otherwise exercised control over the Property except as authorized by the Court. Accordingly, the Receiver has limited knowledge concerning the Property and makes no representations or warranties, express or implied, regarding the condition, use, operation, habitability, environmental status, title, zoning, compliance with laws, income, expenses, leases, improvements, fixtures, personal property, or any other aspect of the Property. The Receiver has not independently verified information obtained from prior owners, occupants, tenants, governmental agencies, surveyors, or third parties. Any marketing materials, surveys, aerial photographs, soil information, FSA information, crop information, tax information, or other data are believed to be reliable but are not guaranteed and are provided solely for informational purposes. Any information provided by the Receiver, the auctioneer, or their agents is provided solely as a courtesy and for informational purposes and shall not be relied upon by any bidder or purchaser. Acreage figures are believed to be accurate but are not guaranteed. Final purchase price shall be based upon the deeded acreage identified in the survey and legal description approved for closing.

All bids will be PER DEEDED ACRE (example: if the high bid is $7,000 and there are 100 acres, the purchase agreement will be for $700,000).

This is a timed online only auction with a One Percent (1%) Buyer's Premium. Bid placed within the last 4 minutes of the auction will extend the auction an additional 4 minutes. Bid extensions continue and auction does not end until there are no bids for 4 minutes.

The winning bidder will make arrangements for the signing of the contract, by contacting Cole Block at 320-212-2292 or Kristi Block at 320-894-4477. Arrangements will be made to email or fax a copy of the contract for signature or a scanned copy will be sent by email for electronic signature.

All bidders must be registered and approved to bid within 3 calendar days of auction closing.

By registering to bid, each bidder acknowledges that he or she has had adequate opportunity to inspect the Property, investigate title, zoning, taxes, environmental matters, governmental regulations, and all other matters affecting the Property, and is relying solely upon his or her own investigation.

All parcels will have a reserve, unless otherwise stated. Once the reserve has been met, it will say so on the bidding platform.

The seller(s) will not offer seller financing in any capacity. Sale of the property must be under cash or conventional loan financing.

All bidders must secure their own financing and provide documentation of pre-approval from their lender or provide proof of funds (we do not need exact dollar amounts) just the name of the auction on financial institution letter head.

Sale of the property will not be contingent on buyer obtaining financing.

The successful bidder will be required to sign a Purchase Agreement at the close of the real estate auction. A total earnest money deposit of $50,000 will be required per parcel for Tracts 1 and 7 and $30,000 per parcel on Tracts 3 and 4. Those funds will be placed in a Real Estate Trust Account as earnest money until closing. Funds are due and payable within 3 calendar days of the signing of the Purchase Agreement.

Except in the event Seller is unable or unwilling to perform its obligations under the Purchase Agreement, including the inability to convey marketable title or complete the sale as required by Court Order, the earnest money shall become non-refundable upon execution of the Purchase Agreement and shall be retained as liquidated damages in the event of purchaser default.

If Buyer defaults, Seller may retain the earnest money as liquidated damages without limiting any other remedies available under the Purchase Agreement or applicable law. Seller reserves all rights available under the Court's Orders and Minnesota law. Balance of the purchase price must be paid in full at closing. Closing date is approximately October 14th, 2026. Closing will take place at Quality Title located at 1600 US-12, Willmar, MN 56201

Prior to closing, SELLER at SELLER'S expense and election shall furnish to Buyer(s) either: (1) an abstract of title updated to a current date, or (2) an ALTA title insurance commitment for an owner's policy of title insurance in the amount of the purchase price. Seller shall convey whatever title the receivership estate possesses by Receiver's Deed pursuant to Court Order. Title shall be subject to all matters of record, easements, restrictions, rights-of-way, leases, mineral reservations, governmental regulations, and other matters affecting title that do not render title unmarketable.. Zoning ordinances, building and use restrictions and reservations in federal patents and state deeds, existing tenancies, easements, and public roads shall not be deemed encumbrances or defects.

2026 Property Taxes will be prorated to the day of the closing.

Buyer(s) and Sellers will each pay for their share of closing costs.

The auction sale is for registered bidders and their guests. All bidding is open to the public and the property is offered for sale to qualified purchasers without regard to sex, race, color, religion, natural origin, or handicap.

Please note the bidding will not close and property will not be sold until everyone has had the opportunity to make his or her highest and best bid.

The Property is being sold "AS IS, WHERE IS, WITH ALL FAULTS," without representation or warranty of any kind, whether express, implied, statutory, or otherwise, including but not limited to warranties of condition, merchantability, fitness for a particular purpose, zoning, access, environmental condition, acreage, suitability for development, water rights, drainage, tillable acres, income potential, or compliance with applicable laws. All bids are subject to acceptance by the Receiver. The Receiver reserves the right to reject any bid that the Receiver determines, in his sole discretion, is not in the best interests of the receivership estate. If required by the Court or the Order appointing the Receiver, acceptance of any bid may also be subject to Court approval. Possession shall be delivered upon successful closing unless otherwise stated in the Purchase Agreement or required by existing occupancy rights, leases, or Court Order. Buyer acknowledges that Buyer has not relied upon any statement, representation, estimate, opinion, projection, brochure, advertisement, photograph, or other information provided by the Receiver, Broker, Auctioneer, or their agents except as expressly contained in the Purchase Agreement approved by the Receiver.

Seller shall not be liable for delays in closing resulting from Court proceedings, title issues, governmental action, or events beyond Seller's reasonable control. Closing may be extended as reasonably necessary.

Possession of the tillable acreage shall be delivered following completion of the 2026 harvest and removal of the 2026 crops, but in no event later than completion of the 2026 crop year, subject to any existing Court Orders

Any mineral rights held by the sellers will be transferred upon closing. However, sellers do not warrant the amount or adequacy of the mineral rights.

Seller/Receiver has the right to accept or reject any or all bids.

Kristi Jo Block Realtor LCC of eXp Realty does not guarantee that bids placed online will be transmitted to or received by the auctioneer in a timely fashion. Bidders agree to hold Kristi Jo Block Realtor LCC of eXp Realty and its employees harmless from any interruptions in online bidding. Kristi Jo Block Realtor LCC of eXp Realty may suspend, postpone, or cancel any internet auction due to technological difficulties, at its discretion.

Placing a Maximum Bid will submit a bid at the next established increment and will automatically continue bidding on the Buyer's behalf until the Maximum Bid amount is reached, provided competing bids are placed.

The Max Bid feature on the online bidding platform is private to users but is accessible to the auctioneers.

Neither the Receiver, Broker, Auctioneer, nor any of their employees, agents, attorneys, contractors, or representatives shall be liable for any error, omission, interruption of bidding services, inaccurate information, technological failure, or damages arising from participation in the auction except for intentional misconduct.

These Terms and Conditions shall be governed by the laws of the State of Minnesota.

These Terms and Conditions, together with the Purchase Agreement and applicable Court Orders, constitute the entire agreement governing the auction. No oral statements shall modify these Terms.

**Agency**

Kristi Jo Block Realtor LLC of eXp Realty, along with their employees are Seller's agents and are licensed in the state where the property is located. We strongly recommend buyers secure buyer representation, at their expense, in all real estate transactions. Broker and Auctioneer exclusively represent the Receiver and the receivership estate. No agency relationship is created with any bidder or purchaser unless expressly agreed in writing.

**Easements and Surveys**

The property to be sold is subject to any restrictive covenants or easements of record and any results that an accurate survey may show. A new survey will be completed for Tracts 3,4 and 7 and deeded acres will be adjusted accordingly. A copy of the survey will be available upon request.

**VIEW TERMS ONLINE:**

ACTIVE ITEM | AUCTION INFO | All | Active | PRINT | SHARE





Swift County 392.1± Acres...
by Block Real Estate

END
AUG 31
2:00p CDT

4 items
ACCEPTING BIDS

DETAILS TERMS CONTACT

**Four Auction Parcels 392.1± Deeded Acres in Swenoda Township, Swift County**

Auction Date - Bidding opens at 12:00 PM CST on August 24th, 2026 and will begin to close at 2:00 PM CST August 31st, 2026

336.52± Tillable Acres (FSA) Total

Parcels are located in Sections 9, 10, 15, and 16 of Swenoda Township

Tract 1 has not been surveyed.

Tracts 3, 4, and 7 have been surveyed. See Items for full legal descriptions.



Swenoda Township
Cole Block - Block Real Estat

Search in Active

4 items found in Active • Show all items




ENDS 5d 22h 31min

### #1 • Tract 1

Tract 1 - 155± Deed Acres, 148.15± Tillable Swenoda...

High bid $5,000 • Reserve not met

REGISTER TO BID



ACCEPTING BIDS

### #3 • Tract 3

Tract 3 - 68.56± Deeded Acres, 45.51± Tillable Swenoda...

Starting at $5,000

REGISTER TO BID



ACCEPTING BIDS

### #4 • Tract 4

Tract 4 - 107.45 Deeded Acres, 90.87 Tillable Acres Swenoda...

Starting at $5,000

REGISTER TO BID



ACCEPTING BIDS

### #7 • Tract 7

Tract 7 - 61.09± Deeded Acres, 51.99± Tillable Swenoda...

Starting at $5,000

REGISTER TO BID

KRISTI JO
# BLOCK
REAL ESTATE TEAM

FARM | COMMERCIAL | RECREATIONAL | RESIDENTIAL

**Cole and the Kristi Jo Block Real Estate Team bring decades of combined experience, knowledge and insights in land sales, specializing in the full-service auction process, as well as private listings.**

Cement the Deal with this respected team on your side! Call for more information on these parcels, the auction details, or for any questions regarding the potential sale or purchase of your farm land.


**Cole Block | Land Specialist**
320-212-2292 | Cole@CementTheDeal.com

**Kristi Jo Block | Associate Broker**
320-894-4477 | KristiJo@CementTheDeal.com

**Chris Block | Land and Residential**
320-894-7399 | Chris@CementTheDeal.com





eXp REALTY | LAND & RANCH

CementTheDeal.com






Cole Block | Land Specialist

320-212-2292

Cole@CementTheDeal.com




eXp REALTY | LAND& RANCH



