RECEIVED

AUG 26 2026

TIME: 12:00 pm
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

1- Glenwood State Bank
5 MN Ave E
Glenwood MN 56334
(320) 634-5111

2- John Deere Financial
6400 NW 86th St
Johnston, IA 50131

3 - CNH Industrial Capital
PO Box 3600
Lancaster, PA 17604

4- USDA
1400 Independence Ave SW
Washington DC ~~[illegible]~~ 20250

(1430 Utah Ave
Benson MN 56215

5 Farm Credit Leasing

NW 9675
P.O. Box 1450
Mpls MN 55485
800 342-8072

RECEIVED

AUG 2 6 2026

TIME: ________
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

- Nicole Terese Monby
508 Sanford RD.
Benson, MN 56215

- Anderson Larson Saunders, & Klaassen, PLLP
331 3RD St. SW
Willmar, MN 56201

- Fryberger Law Firm
[redacted]
302 West Superior St.
Ste 700
Duluth, MN 55802

- Kristi Jo Black Real Estate
141 Lk Ave N.
Spicer, MN 56288