**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No: 26−42825

Nathan LuVerne Norby, Chapter 12

Debtor(s).

---

## NOTICE OF PARTIAL CASE FILING

---

The petition commencing this case was filed on August 26, 2026. Based on the clerk's office initial case review, the documents identified in the table below have not been filed or non−conforming or outdated forms were used. Please note that this initial case review may be incomplete; consult Bankruptcy Form 2000 and this Court's Local Rules for more information about filing requirements.

All documents identified in the table below must be filed by September 9, 2026. Please note that it is the debtor(s) responsibility to ensure that all required documents be filed.

If the debtor(s) needs additional time to file the documents identified below, the debtor(s) must ask the court for more time on or before September 9, 2026. See 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) for more information.

| Required Document | Form # (if applicable) | Not Filed | Non−Conforming/ Outdated Form Used |
|---|---|---|---|
| **Voluntary Petition for Individuals Filing for Bankruptcy** | 101 *(06/24)* | ☐ | ☐ |
| **Credit Counseling Certificate** | 101 (part 5) *(06/24)* | ☐ | ☐ |
| **Statement About an Eviction Judgment Against You** | 101A *(12/15)* | ☐ | ☐ |
| **Statement About Payment of an Eviction Judgment Against You** | 101B *(12/15)* | ☐ | ☐ |
| **Creditor Matrix** (names and addresses of all creditors loaded into CM/ECF). Instructions can be found on the court's website: www.mnb.uscourts.gov. | | ☐ | ☐ |
| **Declaration About an Individual Debtor's Schedules** | 106Dec *(12/15)* | ☑ | ☐ |
| **Summary of Your Assets and Liabilities and Certain Statistical Information** | 106Sum *(12/15)* | ☑ | ☐ |
| **Schedule A/B: Property** | 106A/B *(12/15)* | ☑ | ☐ |
| **Schedule C: The Property You Claim as Exempt** | 106C *(04/25)* | ☑ | ☐ |
| **Schedule D: Creditors Who Have Claims Secured by Property** | 106D *(12/15)* | ☑ | ☐ |

| Required Document | Form # (if applicable) | Not Filed | Non−Conforming/ Outdated Form Used |
|---|---|---|---|
| **Schedule E/F: Creditors Who Have Unsecured Claims** | 106E/F *(12/15)* | ☑ | ☐ |
| **Schedule G: Executory Contracts and Unexpired Leases** | 106G *(12/15)* | ☑ | ☐ |
| **Schedule H: Your Codebtors** | 106H *(12/15)* | ☑ | ☐ |
| **Schedule I: Your Income** | 106I *(12/15)* | ☑ | ☐ |
| **Schedule J: Your Expenses** | 106J *(12/15)* | ☑ | ☐ |
| **Schedule J−2: Expenses for Separate Household of Debtor 2** (required if debtor(s) indicated in part 1 of Form 106J that debtor 2 lives in a separate household) | 106J−2 *(12/15)* | ☐ | ☐ |
| **Statement of Financial Affairs for Individuals Filing for Bankruptcy** | 107 *(04/25)* | ☑ | ☐ |
| **Bankruptcy Petition Preparer's Notice, Declaration, and Signature** (required if the debtor(s) indicated on part 7 of Form 101 that the debtor(s) paid or agreed to pay someone who is not an attorney to help fill out their bankruptcy forms) | 119 *(12/15)* | ☐ | ☐ |
| **Statement About Your Social Security Numbers** | 121 *(12/15)* | ☐ | ☐ |
| **Statement Under Penalty of Perjury re: Payment Advice Due Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv) (Payment Advices Cover Sheet)** | See Other Local Forms | ☑ | ☐ |
| **All payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.** | | ☑ | ☐ |
| **Disclosure of Compensation of Bankruptcy Petition Preparer** (required if the debtor(s) indicated on part 7 of Form 101 that the debtor(s) paid or agreed to pay someone who is not an attorney to help fill out their bankruptcy forms) | 2800 *(12/15)* | ☐ | ☐ |
| **Disclosure of Compensation of Attorney for Debtor** (must conform to LF 1007−1. *See* Local Rule 1007−1(a).) | Local Form 1007−1 *(06/16)* | ☐ | ☐ |

Dated: August 27, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: AMG
Deputy Clerk