**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

# IMPORTANT INFORMATION FOR UNREPRESENTED DEBTORS!

---

**You are receiving this document because you opened a bankruptcy case without legal representation, otherwise known as proceeding pro se. Please read this document in its entirety.**

## Meeting of Creditors

Now that you have opened a bankruptcy case, you will receive a notice in the mail concerning your bankruptcy filing. This notice will identify the date, time and location of the meeting of creditors, at which you are required to appear to be examined under oath by the trustee assigned to your case. Follow the trustee's instructions for sharing the required information with the trustee before the meeting of creditors. Visit www.justice.gov/ust/moc for more information about the meeting of creditors.

## Financial Management Course

You must attend a Financial Management course and file with the Bankruptcy Court a certificate of course completion to receive a discharge. A list of approved course providers is available on the court's website at www.mnb.uscourts.gov under the *Filing Without an Attorney* tab.

## Notices

To ensure that you receive all notices concerning your bankruptcy case, please notify the Bankruptcy Court immediately if your address changes while your case is pending. Consider signing up for Debtor electronic Bankruptcy Noticing (DeBN), a free and voluntary service that allows you to request delivery of orders and court−generated notices by email rather than by U.S. Mail. Visit the court's website at www.mnb.uscourts.gov for more information. Please note that DeBN will not email you documents filed by creditors and other parties.

## Important information re: Bankruptcy Petition Preparers

If you have paid or agreed to pay someone who is not an attorney to help you fill out your bankruptcy forms (a bankruptcy petition preparer), please be advised that Local Rule 2016−1(d), available at www.mnb.uscourts.gov, sets forth requirements for the bankruptcy petition preparer and limits the amount of compensation a bankruptcy petition preparer may receive from you to $200.00.

## Bankruptcy Advice Clinics and Debtor Help Resources

Please see the court's website at www.mnb.uscourts.gov under the *Filing Without an Attorney* tab for information about bankruptcy advice clinics and other debtor resources.

## Filing a Motion with the Court

Unrepresented debtors are expected to comply with the Federal Rules of Bankruptcy Procedure and this court's local rules when proceeding in bankruptcy court. Both the Federal Rules of Bankruptcy Procedure and the court's local rules are available on the court's website at www.mnb.uscourts.gov. Local Rules 9013−1 and 9013−2 provide the motion filing and service and notice requirements for this court. To file a motion with the court, do the following:

1. Contact the presiding judge's courtroom deputy via email to schedule the motion hearing. Contact information for each judges' courtroom deputy can be found by clicking on the judge's name in the left navigation menu here: https://www.mnb.uscourts.gov/judges−calendars.
2. Complete Local Form 9013−1, Notice of Hearing and Motion form.
3. File the Local Form 9013−1, Notice of Hearing and Motion and your motion papers with the Clerk's Office by mailing the documents or bringing them to the intake counter. Local Rule 9013−1(a) lists the documents that must be filed with a motion.
4. Serve and notice the motion documents in accordance with Local Rule 9013−2.
5. File proof of service in accordance with Local Rule 9013−1.

United States Bankruptcy Court
District of Minnesota

In re:
Nathan LuVerne Norby
Debtor

Case No. 26-42825-
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0864-4 | User: admin | Page 1 of 1
Date Rcvd: Aug 26, 2026 | Form ID: mnbntcps | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Nathan LuVerne Norby, 790 45th Ave SW, Benson, MN 56215-2406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Kyle Carlson | info@carlsonch13mn.com trusteeMNB50@ecf.epiqsystems.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 2