UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Nathan LuVerne Norby CH 12 26-42825

debtor

CERTIFICATE OF SERVICE BY MAIL

I, Darlene Leyendecker, employee of Sam Calvert, attorney licensed to practice law in this Court, with office address of 1011 2nd St. North, Suite 107, St. Cloud, MN 56303, being first duly sworn, on oath deposes and says that on September 10, 2026 I sent the listed documents to the attached list and placed it in the US Mail located at St. Cloud, Minnesota addressed as follows:

- Notice of Chapter 12 Bankruptcy
- Summary of Assets
- Complete ~~Petition~~ Schedules, Statement of affairs, etc. (93 pages total)

SEE ATTACHED LIST

I, Darlene Leyendecker declare, under penalty of perjury, that the foregoing is true and correct.

/S/ Darlene Leyendecker
Darlene Leyendecker

Agassiz Seed & Supply
445 7th ST NW
Wahpeton, ND 58076-0001

Bayer Crop Science
PO Box 205230
Dallas, TX 75320-5230

Brandon Zumwalt
Fryberger Law Firm
302 W Superior ST STSE 70
Duluth, MN 55802-1802

CFG Merchant Solutions
180 Maiden ST 15th Floor
New York, NY 10038-5150

CFG Merchant Solutions LLC
32 Old Slip 6th Floor
New York, NY 10005-3666

CNA INDUSTRIAL CAPITAL
P.O. BOX 3600
LANCASTER, PA 17604-3600

CNH Capital
PO Box 63048
Newark, NJ 07101-8065

CNH Finance
700 State St
Racine, WI 53404-3392

Commodity Credit Corporation
1430 Utah Ave
Benson, MN 56215-3711

FARM CREDIT LEASING
NW 9675
P.O. BOX 1450
MINNEAPOLIS, MN 55485-1450

Farm Credit Leasing Services Corporation
1665 Utica AV S SET 400
Edina, MN 55416-3790

Farm Service Agency
1430 Utah AV 125
Benson, MN 56215-3715

Farm Service Agency
375 Jackson St UNIT 400,
Saint Paul, MN 55101-1852

Glenwood State Bank
5 E Minnesota Avenue PO Box 197
Glenwood, MN 56334-0197

Internal Revenue Service
Po Box 7346 Centralized Insolvency Opera
Philadelphia, PA 19101-7346

(p)DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Jeffery Peterson
Winthrop & Weinstein
225 South 6th ST STE 3500
Minneapolis, MN 55402-4629

KRISTI JO BLOCK REAL ESTATE
141 LK AVE N.
SPICER, MN 56288-9616

Kramer & Frank PC
11960 Westline Ind DR STE 180
St. Louis, MO 63146-3212

Krystal Lynne
Stermer & Sellner
102 Parkway Drive PO Box 514
Montevideo, MN 56265-0514

Matthew Haugen
221 North First Stree PO Box 219
Montevideo, MN 56265-0219

Minnesota Department of Revenue
PO Box 64447 BKY
Saint Paul, MN 55164-0447

NICOLE TERESE NORBY
508 SANFORD RD
BENSON, MN 56215-1461

Nicole T. Norby
c/o Sarah L. Klasssen
Anderson Larson PO Box 130
Willmar, MN 56201-0109

Retro Advance
157 Church ST 19th Floor
New Haven, CT 06510-2100

Retro Advance Inc
4000 Hollywood Blvd STe 164-N
Hollywood, FL 33021-6794

Robert Dalager
FLuegel et al
215 Atlantic Ave
Morris, MN 56267-1397

Swift County
att: Auditor Treasurer
301 14th Street North P.O. Box 207
Benson, MN 56215-0207

US Attorney
att: Civil Process Clerk
300 S 4th St Ste 600
Minneapolis, MN 55415-2200

USDA
1400 INDEPENDENCE AVE SW
WASHINGTON, DC 20250-0002

(p)VOGEL LAW FIRM
ATTN CAREN STANLEY
PO BOX 1389
FARGO ND 58107-1389

Wagner Falconer & Judd
100 South Fifth ST STE 800
Minneapolis, MN 55402-5357

Ziegler, Inc.
901 West 94th ST
Bloomington, MN 55420-4299