UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Nathan Norby,<br>Debtor. | 26-42825<br>Ch. 12 |

AGREED ORDER

This case came before the court for hearing on the Motion for Use of Cash Collateral [Doc. 24] by Nathan Norby and the objection filed by Glenwood State Bank. By separate stipulation [Doc. 32] entered into by the debtor, Glenwood State Bank and the United States Department of Agriculture, acting through the Farm Service Agency and the Commodity Credit Corporation, by and through counsel, the parties agreed to certain relief requested in the motion.

Based upon the motion, stipulation, record, and proceedings herein:

IT IS ORDERED:

A. The motion is GRANTED in that the debtor is authorized under 11 U.S.C. § 363(c)(2)(A) to use cash collateral consisting of 2026 crop proceeds, solely for the following budget items, not to exceed $40,000 in total, subject to a permitted variance of 10% in the aggregate:

fuel $15,000
labor $10,000
repairs $10,000
utilities $5,000

B. Except as agreed to in the Stipulation, nothing in this Order determines the validity, priority, or extent of any lien or claim, including as among Glenwood State Bank, and the United States Department of Agriculture, acting through the Farm Service Agency and the Commodity Credit Corporation. All parties reserve all rights, claims, and defenses.

Dated: *November 05, 2026*

s/ William J. Fisher

William Fisher
United States Bankruptcy Judge

44621301v1