Official Form 420B (Notice of Objection to Claim) (12/16)

# United States Bankruptcy Court

______________ District of Minnesota

In re

Nathan Luverne Norby

Debtor

Case No. 26-42825

Address 790 45th AV SW
Benson MN 56215

Chapter 12

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any):
9557

Employer's Tax Identification (EIN) No(s).(if any): ____________

## NOTICE OF OBJECTION TO CLAIM

Nathan Norby has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before 12/15/26* you or your lawyer must:

File a response. The hearing is December 22, 2026 at 1:30 p.m.

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

Sam Calvert, 1011 2nd ST N STE 107, St. Cloud MN 56303

Attend the hearing on the objection, scheduled to be held on December 22, 2026.
See see the attached notice of hearing for more details about the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: Nov. 17, 2026

Signature: ____________________
Name: Sam Calvert
Address: 1011 2nd ST N STE 107
St. Cloud MN 56303
320-252-4473
calcloud@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re:

Nathan Luverne Norby, · Chapter 12

Debtor. BKY Case No. 26-42825

**DEBTOR'S OBJECTION TO CLAIM NO. 15 OF NICOLE NORBY**

Debtor Nathan Luverne Norby ("Debtor") objects under 11 U.S.C. § 502(a) and (b)(1) and Federal Rule of Bankruptcy Procedure 3007 to Claim No. 15 filed by Nicole Norby ("Claimant") on November 4, 2026. The claim asserts $2,047,595.56. That figure is the amount of a state-court judgment entered May 3, 2024. It gives no credit for the $415,995.64 the Claimant received on or about May 20, 2024, seventeen days after that judgment. The Debtor asks the Court to reduce the secured portion of the claim by $415,995.64, to no more than $1,631,599.92.

The Court will hold a hearing on this objection on December 22, 2026 at 1:30 p.m. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov(link sends e-mail) or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

## Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(B). Venue is proper under 28 U.S.C. §§ 1408 and 1409.
2. The Debtor filed a voluntary petition under Chapter 12 on August 26, 2026. The case is pending.

## Background

3. **The decree.** On December 29, 2023, the Swift County District Court entered a stipulated Judgment and Decree dissolving the marriage of the Debtor and the Claimant, Court File No. 76-FA-23-206 (the "Decree"). Because the Debtor could not satisfy the Binding Mediated Settlement option by April 1, 2024, the Decree's alternative property settlement of $2,076,606.26 took effect, secured by a marital lien on the real estate awarded to the Debtor. (Claim 15, Attachment 1, Concl. of Law ¶¶ 4(b), 6–7.)

4. **The lien reduces with every payment.** The Decree provides that the Marital Lien "shall reduce over time based on any payments made by Husband to Wife" and shall be "in an amount only up to the total amount then-owing to Wife." (*Id.*, ¶ 7.) It requires the Claimant, on request, to acknowledge payments received so the lien can be reduced. (*Id.*)

5. **The May 3, 2024 judgment.** On May 3, 2024, the state court entered judgment against the Debtor for $2,076,606.26, less rent paid to the Claimant of $31,385.70, plus $80 in court fees and $2,295.00 in attorney's fees, for a total of $2,047,595.56. (Claim 15, Attachment 2, ¶ 2.) The same order appointed a receiver to sell the real estate. (*Id.* ¶ 1.)

6. **The payment.** On or about May 20, 2024, the closing agent on the sale of “the cabin” (tract) paid the receiver $415,995.64 **(Declaration of Nathan Luverne Norby ("Norby Decl.") ¶¶**

7. **The claim.** On November 4, 2026, the Claimant filed Claim No. 15 for $2,047,595.56, which is the May 3, 2024 judgment amount to the cent. The claim attaches only the Decree and the May 3, 2024 order. It includes no statement of account, ledger, or payment history, and shows no credit for the May 20, 2024 payment.

## Argument

8. **Standard.** A properly filed proof of claim is prima facie evidence of the claim's validity and amount. Fed. R. Bankr. P. 3001(f). The objecting party must come forward with substantial evidence to rebut that presumption. *Brown v. IRS (In re Brown)*, 82 F.3d 801, 805 (8th Cir. 1996). If it does, the claimant bears the ultimate burden of persuasion. *Id.*; *McDaniel v. Riverside Cnty. Dep't of Child Support Servs. (In re McDaniel)*, 264 B.R. 531, 533 (B.A.P. 8th Cir. 2001).

9. **The claim overstates the secured portion of the debt by $415,995.64.** A claim is disallowed to the extent it is "unenforceable against the debtor" under applicable law. 11 U.S.C. § 502(b)(1). Payment discharges a debt to the extent of the payment. The Decree itself makes the lien reduce dollar-for-dollar with each payment and caps it at the amount "then-owing." (Decree ¶ 7.) A judgment creditor cannot enforce a judgment for amounts already paid. To the extent of the $415,995.64 payment, the claim is unenforceable and must be disallowed.

10. **The Debtor's evidence rebuts the claim's presumption.** The payment is documented by the closing disclosure and email a ttached to Debtor’s Declaration and the Debtor's declaration establishes the date, amount, payor, and recipient. That is substantial, specific financial evidence, not a bare denial.

11. **The claim contradicts its own certification.** By signing Official Form 410, the Claimant's attorney acknowledged that the creditor "gave the debtor credit for any payments received toward the debt" when calculating the claim. The claim's amount, identical to the pre-payment judgment, shows that no such credit was given.

12. **The burden now shifts to the Claimant.** Once rebutted, the Claimant must prove by a preponderance any amount above $1,631,599.92. If the Claimant contends the payment was applied to something other than the property settlement, she must show what, when, and under what authority.

13. **DSO obligation.** The claim is a secured claim. It is clearly not a “domestic support obligation” according to the analysis of *Morel v. Morel (In re Morel)*, 983 F.2d 104 (8th Cir. 1992)

13. **Reservation of rights.** The Debtor reserves all other objections to Claim No. 15

## Relief requested

The Debtor requests that the Court:

1. Sustain this objection;
2. Reduce and allow Claim No. 15 in an amount not greater than $1,631,599.92, without prejudice to the Debtor's other objections; and
3. Grant such other relief as is just.

Dated: November 17, 2026

/s/ Sam Calvert
Sam V. Calvert MN ID #1431X
1011 2nd ST N STE 1070
St. Cloud MN 56303
320-252-4473
calcloud@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Nathan Luverne Norby,

Debtor.

Chapter 12
BKY Case No. 26-42825

**DECLARATION OF NATHAN LUVERNE NORBY IN SUPPORT OF OBJECTION TO CLAIM NO. 15**

I, Nathan Luverne Norby, declare:

1. I am the Debtor in this Chapter 12 case. I have personal knowledge of the facts stated here.

2. On December 29, 2023, the Swift County District Court entered the Judgment and Decree dissolving my marriage to Nicole Norby, Court File No. 76-FA-23-206. Nicole Norby was awarded $2,047,595.56.

3. In May 2024, I sold land that I referred to as “the cabin” to Rodney Kittleson for $690,000.00.

4. A copy of the closing disclosure from the title company which did the closing is attached as Exhibit A.

5. Glenwood State Bank had a mortgage on that property; the closing disclosure shows that the payoff of that mortgage was $240,971.02.

6. After the Glenwood State Bank mortgage was paid, the closing agent paid, on my behalf, Brandon Zumwalt, who was the court appointed receiver $415,995.64.

7. These funds were, therefore, a credit on my obligation to Nicole Norby.

8. The receiver paid that $415,995.64 to Glenwood State Bank instead of Nicole Norby.

9. I believe she did so because she was a co-obligor on loans to Glenwood State Bank and paying down that loan reduced her exposure to those loans.

10. See the attached email from Brandon Zumwalt confirming that he sent that $415,995.64 to Glenwood State Bank. (Exhibit B)

11. I did not receive any refund or return of this payment, and I have not agreed that it be applied to anything other than the property settlement.

12. Claim No. 15 states the amount of the secured claim as $2,047,595.56, the same amount as the May 3, 2024 judgment. It does not give credit for the $415,995.64 payment.

13. Therefore the secured portion of the claim should be no more than $1,631,599.92.

14. I will leave it to Nicole Norby and her counsel to put forward a claim that the $415,995.64 is allowable as an unsecured claim.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on November 16, 2026 in Swift County, Minnesota.

Signature: Nathan Luverne Norby
Nathan Luverne Norby

EXHIBIT A

# Closing Disclosure

## Closing Information

| | |
|---|---|
| **Date Issued** | 5/10/2024 |
| **Closing Date** | 5/20/2024 |
| **Disbursement Date** | 5/20/2024 |
| **Settlement Agent** | Minnewaska Abstract & Title, LLC |
| **File #** | 24-277 |
| **Property** | 3/1 Al's Cove; 3&4 Barsness Camp 2nd<br>28048 South Shore Drive<br>Starbuck, MN 56381 |
| **Sale Price** | $690,000.00 |

## Transaction Information

| | |
|---|---|
| **Borrower** | Rodney Kittelson<br>26952 Co Rd 24<br>Glenwood, MN 56334 |
| **Seller** | Nathan L. Norby and Nicole T. Norby<br>790 45th Ave SW<br>Benson, MN 56215 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| | | | | | |
|---|---|---|---|---|---|
| **Due to Seller at Closing** | | | | | **$690,506.64** |
| 01 | Sale Price of Property | | | | $690,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | | | | |
| 03 | | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| **Adjustments for Items Paid by Seller in Advance** | | | | | |
| 09 | Assessment Taxes | | | | |
| 10 | 07-0277-103 | 5/21/2024 | thru | 6/30/2024 | $34.24 |
| 11 | 07-0397-000 | 5/21/2024 | thru | 6/30/2024 | $472.40 |
| 12 | Other Taxes | | | | |
| 13 | School Property Taxes | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| **Due from Seller at Closing** | | | | | **$690,506.64** |
| 01 | Excess Deposit | | | | |
| 02 | Closing Costs Paid at Closing (J) | | | | $33,539.98 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | | | | |
| 04 | Payoff of First Mortgage Loan to Glenwood State Bank (Incorporated) | | | | $240,971.02 |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | Johnson Moody Schmidt Trust Account | | | | $415,995.64 |
| 09 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| **Adjustments for Items Unpaid by Seller** | | | | | |
| 14 | Assessment Taxes | | | | |
| 15 | 07-0277-103 | | | | |
| 16 | 07-0397-000 | | | | |
| 17 | Other Taxes | | | | |
| 18 | School Property Taxes | | | | |
| 19 | | | | | |

| **CALCULATION** | |
|---|---|
| Total Due to Seller at Closing | $690,506.64 |
| Total Due from Seller at Closing | -$690,506.64 |
| **Cash ☐From ☒To Seller** | **$0.00** |

## Contact Information

| **REAL ESTATE BROKER (B)** | |
|---|---|
| **Name** | Minnewaska Insurance & Real Estate |
| **Address** | 100 West 7th Street<br>PO Box 279<br>Starbuck, MN 56381 |
| **MN License ID** | MN20442129 |
| **Contact** | Lara Amundson |
| **Contact MN License ID** | MN20309712 |
| **Email** | lara@minrealestate.com |
| **Phone** | 320-239-4935 |

| **REAL ESTATE BROKER (S)** | |
|---|---|
| **Name** | Bridge Realty LLC |
| **Address** | 1101 East 78th Street Ste 300<br>Bloomington, MN 55420 |
| **MN License ID** | 20320921 |
| **Contact** | Linda Harris |
| **Contact MN License ID** | 20586794 |
| **Email** | lindakharrisrealestate@gmail.com |
| **Phone** | |

| **SETTLEMENT AGENT** | |
|---|---|
| **Name** | Minnewaska Abstract & Title, LLC |
| **Address** | 103 West Minnesota Ave<br>Glenwood, MN 56334 |
| **MN License ID** | MN40216206 |
| **Contact** | Tina Peterson |
| **Contact MN License ID** | MN40087603 |
| **Email** | tina@minnewaskaabstract.com |
| **Phone** | 320-334-3114 |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Closing Cost Details

### Loan Costs

| | | | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|---|---|
| **A. Origination Charges** | | | | |
| 01 0% of Loan Amount (Points) | to | | | |
| 02 Appraisal Review Fee | to | Lowry State Bank ISAOA/ATIMA | | |
| 03 Origination Fee | to | Lowry State Bank ISAOA/ATIMA | | |
| 04 Processing Fee | to | Lowry State Bank ISAOA/ATIMA | | |
| **B. Services Borrower Did Not Shop For** | | | | |
| 01 Appraisal- 26952 Co Rd 24 | to | Darin Johnson | | |
| 02 Appraisal- 28048 S Shore Dr. | to | | | |
| 03 Flood Determination | to | Service Link National Flood | | |
| **C. Services Borrower Did Shop For** | | | **$318.00** | |
| 01 Title - Abstract Update & Title Search | to | Minnewaska Abstract & Title, LLC | | |
| 02 Title - Closing Fee | to | Minnewaska Abstract & Title, LLC | $200.00 | |
| 03 Title - Courier Fee | to | Minnewaska Abstract & Title, LLC | $30.00 | |
| 04 Title - Document Prep | to | Minnewaska Abstract & Title, LLC | $80.00 | |
| 05 Title - EDD/Technology | to | Minnewaska Abstract & Title, LLC | | |
| 06 Title - Exam/Commitment | to | Minnewaska Abstract & Title, LLC | | |
| 07 Title - Lender's Title Insurance | to | Minnewaska Abstract & Title, LLC | | |
| 08 Title - Owner's and Encumbrances Report | to | Minnewaska Abstract & Title, LLC | | |
| 09 Title - Plat Drawing | to | Minnewaska Abstract & Title, LLC | | |
| 10 Title - eRecording Service Fee | to | Minnewaska Abstract Recording Account | $8.00 | |

### Other Costs

| | | | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | **$2,369.00** | |
| 01 Recording Fees | Deed: $46.00 Mortgage: $46.00 | to Minnewaska Abstract Recording Account | | |
| 02 Transfer Tax | to | Minnewaska Abstract Recording Account | $2,277.00 | |
| 03 Record Order | to | Minnewaska Abstract Recording Account | $46.00 | |
| 04 Record Satisfaction | to | Minnewaska Abstract Recording Account | $46.00 | |
| 05 Record notice of Foreclosure | to | Minnewaska Abstract Recording Account | | |
| **F. Prepaids** | | | **$2,293.98** | |
| 01 Homeowner's Insurance Premium ( mo.) | to | | | |
| 02 Mortgage Insurance Premium ( mo.) | to | | | |
| 03 Prepaid Interest ( per day from 05/20/2024 to 06/01/2024) | to | Lowry State Bank ISAOA/ATIMA | | |
| 04 Property Taxes (6 mo.) | to | Pope County Treasurer | $2,138.94 | |
| 05 Property Taxes (6 mo.) | to | Pope County Treasurer | $155.04 | |
| **G. Initial Escrow Payment at Closing to Lowry State Bank ISAOA/ATIMA** | | | | |
| 01 Homeowner's Insurance | per month for | mo. | | |
| 02 Mortgage Insurance | per month for | mo. | | |
| 03 Property Taxes | per month for | mo. | | |
| 04 Assessment Taxes | per month for | mo. | | |
| 05 City Property Taxes | $25.33 per month for | mo. | | |
| 06 County Property Taxes | $349.50 per month for | mo. | | |
| 07 MUD Taxes | per month for | mo. | | |
| 08 Other Taxes | per month for | mo. | | |
| 09 School Property Taxes | per month for | mo. | | |
| 10 Aggregate Adjustment | | | | |
| **H. Other** | | | **$28,559.00** | |
| 01 BAC Fee | to | Bridge Realty LLC | $595.00 | |
| 02 Certified copy of Order (reimburse) | to | Minnewaska Abstract & Title, LLC | $14.00 | |
| 03 Real Estate Commission - Buyer's Realtor | to | Minnewaska Insurance & Real Estate | $13,800.00 | |
| 04 Real Estate Commission - Seller's Realtor | to | Bridge Realty LLC | $13,800.00 | |
| 05 Septic Inspection | to | Ziemer Home & Septic Inspection LLC | $350.00 | |
| 06 Title - Owner's Title Insurance (optional) | to | Minnewaska Abstract & Title, LLC | | |
| **J. TOTAL CLOSING COSTS** | | | $33,539.98 | |

SELLERS SIGNATURE PAGE

Brandon Zumwalt, Receiver

GG Moss <gg@montecitoboca.com>

# Fw: Fwd: Norby

1 message

From: **Brandon Zumwalt** <bzumwalt@fryberger.com>
Date: Thu, Sep 24, 2026 at 1:20 PM
Subject: RE: Norby
To: Sam Calvert <calcloud@gmail.com>
Cc: GG Moss <gg@montecitoboca.com>

Yes, that amount was sent to Glenwood State Bank from the trust account at my old firm.

**Brandon M. Zumwalt**

Attorney

**Fryberger Law Firm**

302 West Superior Street, Suite 700 | Duluth, MN 55802

ph: 218-725-6810 | fx: 218-725-6800

bzumwalt@fryberger.com | www.fryberger.com

*Support provided by*

**Wendy Hamm** | Legal Administrative Assistant | office: 218-725-6859 | whamm@fryberger.com

**Confidentiality Notice**: This electronic mail may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination, copying or use of this electronic mail by or to anyone other than the intended recipient(s) is unauthorized and is not intended to waive any privilege, including attorney-client privilege. If you are not the intended recipient please delete it from your system and contact the sender immediately. E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged.

---

**From:** Sam Calvert <calcloud@gmail.com>
**Sent:** Thursday, September 24, 2026 12:57 PM
**To:** Brandon Zumwalt <bzumwalt@fryberger.com>
**Cc:** GG Moss <gg@montecitoboca.com>
**Subject:** Norby

**Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

There was a closing at Minnewaska Title 5/10/24, Glenwood was paid $270,000 or so as a first mortgage and you, as receiver, I think received $415,995.00. Did you transmit that amount on to Glenwood State Bank?

Sam Calvert

1011 2nd ST N STE 107

St. Cloud MN 56303

320-252-4473

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Nathan Norby |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **District of Minnesota** |
| Case number: | **26−42825** |

FILED
**U.S. Bankruptcy Court**
**District of Minnesota**
11/4/2026
**Tricia Pepin, Clerk**

Official Form 410
# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Nicole Norby
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name: Nicole Norby | Name: |
| c/o Sarah Doerr, Cozen O'Connor<br>150 S Fifth Street, Suite 1200<br>Minneapolis, MN 55402 | |
| Contact phone 612−877−5297 | Contact phone |
| Contact email sdoerr@cozen.com | Contact email |

Uniform claim identifier (if you use one): ______

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
- [x] No
- [ ] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ________

**7. How much is the claim?**
$ 2047595.56

**Does this amount include interest or other charges?**
- [x] No
- [ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Property settlement pursuant to divorce judgment

**9. Is all or part of the claim secured?**
- [ ] No
- [x] Yes. The claim is secured by a lien on property.

**Nature of property:**
- [x] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim*.
- [ ] Motor vehicle
- [ ] Other. Describe: ________

**Basis for perfection:** ________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 4450000.00

**Amount of the claim that is secured:** $ 2047595.56

**Amount of the claim that is unsecured:** $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ ________

**Annual Interest Rate** (when case was filed) 4 %

- [x] Fixed
- [ ] Variable

**10. Is this claim based on a lease?**
- [x] No
- [ ] Yes. **Amount necessary to cure any default as of the date of the petition.** $ ________

**11. Is this claim subject to a right of setoff?**
- [x] No
- [ ] Yes. Identify the property: ________

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ 2047595.56 |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 11/4/2026
MM / DD / YYYY

/s/ /s/ Sarah E Doerr
Signature

Print the name of the person who is completing and signing this claim:

Name: /s/ Sarah E Doerr
First name Middle name Last name

Title: Attorney

Company: Cozen O'Connor
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 150 South Fifth Street, Suite 1200
Number Street
Minneapolis, MN 55402
City State ZIP Code

Contact phone 612−877−5297 Email sdoerr@cozen.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re:

Nathan Luverne Norby, Chapter 12

Debtor. BKY Case No. 26-42825

ORDER

This matter came before the Court upon an objection to claim number 15.

Upon the files and records herein

IT IS ORDERED

That claim number 15 filed by Nicole Norby is allowed as a secured claim in the amount of $1,631,599.92.

dated:

______________________________
United States Bankruptcy Judge